**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LIZBETH VIOLANTE CASTILLO DIAZ,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-702-KC** |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA et al.,** | § § § § | |
| **Respondents.** | § | |

<u>**ORDER**</u>

On this day, the Court considered the case. Because the parties agree that Castillo Diaz is entitled to a bond hearing in her immigration proceedings, the Court ordered Respondents to file a status report detailing whether they filed a Notice to Appear ("NTA") with the immigration court, and whether a bond hearing was held. Mar. 20, 2026, Order, ECF No. 5.

Respondents state that, on March 27, 2026, the NTA, and a superseding corrected NTA, were filed with the immigration court and remain pending. Status Report, ECF No. 6. Castillo Diaz has not had a bond hearing, but it can be scheduled when she files a bond redetermination request with the immigration court. *Id.*

Accordingly, the Court **ORDERS** that, <u>**on or before April 15, 2026**</u>, Petitioner shall **FILE** a status report detailing whether she has filed a bond redetermination request with the immigration court, and if so, whether a bond hearing has been scheduled or taken place.

**SO ORDERED**.

**SIGNED this 1st day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE