**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LIZBETH VIOLANTE CASTILLO DIAZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-702-KC |
| WARDEN, ERO EL PASO CAMP EAST MONTANA et al., | § § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered Lizbeth Violante Castillo Diaz's Petition for a Writ of Habeas Corpus, ECF No. 1, asking for her release or a bond hearing.  Because the parties agreed that Castillo Diaz was entitled to a bond hearing in her immigration proceedings, the Court ordered her to file a status report detailing whether a bond hearing had been held or scheduled. Apr. 1, 2026, Order, ECF No. 7.

Castillo Diaz now informs the Court that she was granted a $10,000 bond and "has no objection to the Court dismissing this petition . . . as moot."  Status Update, ECF No. 8; *see id.* Ex. A ("IJ Order"), ECF No. 8-1.  "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Petition, ECF No. 1, is **DISMISSED as moot**.

The Clerk shall close the case.

2

**SO ORDERED**.

**SIGNED this 9th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE